BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CASHEN-HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07–0228 EDL |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** AS MODIFIED |
| ARHEANA CASHEN-HICKS, | ) | |
| Defendant. | ) | Date: July 3, 2007<br>Time: 10:30 a.m.<br>Court: The Honorable Elizabeth D. LaPorte |

The status conference in the above entitled case is currently set for July 3, 2007 at 10:30 a.m. The defendant respectfully requests a continuance of this hearing to July 10, 2007 at 10:30 a.m. The reason for this request is that counsel for the defendant will be unavailable and out of town investigating matters on another case.

**IT IS SO STIPULATED**

Dated: June 27, 2007                    _____/s/_____
                                        RONALD C. TYLER
                                        Assistant Federal Public Defender

*Cashen-Hicks*, CR-07–0228 EDL
STIP. TO CONTINUE HEARING DATE            1

1  Dated: June 27, 2007                            _____/s/_____
2                                                  DEREK OWENS
                                                   Assistant United States Attorney
3

4                                  **[~~PROPOSED~~] ORDER**

5

6       GOOD CAUSE APPEARING, it is hereby ORDERED that the status conference in the
                                                                July 5, 2007 at 11:00
7  aforementioned matter currently set for July 3, 2007, shall be continued to ~~July 10, 2007 at 10:30~~

8  a.m.

9  **IT IS SO ORDERED**

10
   Dated: July 2, 2007
11                                                 _____
                                                   THE HON[ IT IS SO ORDERED ]D. LAPORTE
                                                   UNITED S[  AS MODIFIED   ]DGE
12                                                         *Elizabeth D. Laporte*
                                                           Judge Elizabeth D. Laporte
13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Cashen-Hicks*, CR-07–0228 EDL
STIP. TO CONTINUE HEARING DATE                     2