1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CASHEN-HICKS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR-07–0228 MAG (EDL)
                                   )
12            Plaintiff,           )
                                   )
13 vs.                             )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER**
14 ARHEANA CASHEN-HICKS,           )
                                   )
15            Defendant.           )
                                   )
16 _____ )

17

18     The defendant in the above-entitled case is currently residing at Cornell Corrections.

19 Through counsel, Ms. Cashen-Hicks, is requesting the Court's permission to attend a family

20 member's funeral tomorrow, September 5, 2007, in Tracy, California.

21     Neither the government nor pretrial services officer Victoria Gibson has an objection to

22 this request.

23 ///

24 ///

25 ///

26 ///

STIPULATION AND [PROPOSED] ORDER            1

1   Therefore, for good cause shown, the defendant shall be permitted to travel to a funeral in
2   Tracy, California on September 5, 2007.

3   **IT IS SO STIPULATED.**

4   Dated: September 4, 2007                    _____/S/_____
                                                RONALD C. TYLER
5                                               Assistant Federal Public Defender

6

7   Dated: September 4, 2007                    _____/S/_____
                                                WENDY THOMAS
8                                               Assistant United States Attorney

9

10  **IT IS SO ORDERED**.

11  Dated: September 4, 2007                    _____
                                                THE HONORABLE ELIZABETH D. LAPORTE
12                                              United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*

STIPULATION AND [~~PROPOSED~~] ORDER            2