IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0228 MAG |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER MODIFYING CONDITIONS <u>OF RELEASE</u> |
| AHREANA CASHEN-HICKS, ) | |
| Defendant. ) | |

**STIPULATION**

On August 23, 2007, the Court modified the conditions of release for the defendant, Ahreana Cashen-Hicks and required her to reside at the Cornell Corrections halfway house facility. Pretrial Services and the parties are now in agreement that departure from the halfway house, *for limited purposes*, would be appropriate, as described below.

Ms. Cashen-Hicks has informed Pretrial Services of her intention to return to school in order to obtain her high school diploma and to commence post-secondary education. Furthermore, the Pretrial Services Officer would appreciate some flexibility in determining whether other passes from the halfway house might be appropriate. Accordingly, based on the consent of Pretrial Services, the parties now agree that Ms. Cashen-Hicks's conditions of release should be modified as follows:

1) She is allowed to leave the halfway house to attend school with prior approval of Pretrial Services.

STIP & ORDER MODIFYING CONDITIONS OF RELEASE
*United States v. Ahreana Cashen-Hicks*
CR 07-0228 MAG                                          - 1 -

2) She is allowed to leave the halfway house for other purposes, subject to prior approval by Pretrial Services.

It is so stipulated.

DATED: October 1, 2007

_____/S/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Ahreana Cashen-Hicks

DATED: October 1, 2007

_____/S/_____
WENDY THOMAS
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, the defendant's conditions of release are modified as follows:

1) She is allowed to leave the halfway house to attend school with prior approval of Pretrial Services.

2) She is allowed to leave the halfway house for other purposes, subject to prior approval by Pretrial Services.

In all other respects, this Court's previous orders setting or modifying conditions of release remain in full force and effect.

IT IS SO ORDERED.

DATED: October 3, 2007

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]*

STIP & ORDER MODIFYING CONDITIONS OF RELEASE.
*United States v. Ahreana Cashen-Hicks*
CR 07-0228 MAG                                    - 2 -